UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAJEEV MUNJAL,

                    Plaintiff,

-v-

EMIRATES,

                    Defendant.

21 Civ. 8401 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The initial pretrial conference in this case was scheduled for November 12, 2021, at 10:00 a.m. Due to a scheduling conflict, the conference is hereby adjourned until November 17, 2021, at 11:00 a.m. Counsel are reminded that the civil case management plan and scheduling order and joint letter are due four business days before the conference date.

    SO ORDERED.

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge

Dated: November 2, 2021
       New York, New York