# KAISER

# SAURBORN
— & —
# MAIR

Kaiser Saurborn & Mair, P.C.
30 Broad Street, 37th Floor
New York, New York 10004
www.ksmlaw.com

David N. Mair
+1.212.338.9100 x315
+1.646.607.9370 fax
mair@ksmlaw.com

December 1, 2021

**VIA ECF**
Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

Granted.  Plaintiff's opposition is due December 20,
2021.  Defendant's reply, if any, will be due
following the New Year holiday, on January 5, 2022.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge
12/1/21

Re:   **Rajeev Munjal v. Emirates**
      **Case No.: 21-CV-08401 (PAE) (DCF)**

Dear Judge Engelmayer:

      We represent the plaintiff, Rajeev Munjal, in the above-referenced proceeding.  I write
with the consent of defendant's counsel to request a one-week extension of time to respond to the
motion to dismiss filed by defendant in this action.

      Pursuant to the Court's order dated October 20, 2021, plaintiff has 14 days to file
opposition to either the original motion or an amended motion to dismiss filed by defendant.
Defendant's counsel wrote to the Court yesterday indicating that it was relying on its original
motion to dismiss.  Plaintiff's opposition to the motion would therefore be due on December 13,
2021.

      During the same period of time I have a number of other litigation deadlines, including
two appellate briefs and a post-hearing arbitration brief.  I therefore respectfully request that
plaintiff be granted one additional week until December 20, 2021 to file his opposition to the
motion.  I have contacted defendant's counsel who has indicated that he consents to this request.

      I thank the Court for its consideration of this request.

Respectfully submitted,

David N. Mair

cc:   John J. Porta, Esq. (via ECF)
      Gregory S. Slotnick, Esq. (via ECF)