USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 6/13/2022 _

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**RAJEEV MUNJAL,**

                                    **Plaintiff,**                           **21-CV-08401 (PAE) (VF)**

                    **-against-**                                            **ORDER**

**EMIRATES,**

                                    **Defendant.**

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        In light of fact discovery in this matter closing as of June 10, 2022, the parties are ordered

to file a joint letter no later than **Tuesday, June 21, 2022,** providing the Court an update on the

status of any settlement discussions and whether the parties wish to schedule a settlement

conference at this time.

**SO ORDERED.**

DATED:      New York, New York
            June 13, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge