# JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4030
(212) 545-4043 Direct
John.Porta@jacksonlewis.com

June 21, 2022

**VIA ECF**

Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

     **Re: Rajeev Munjal v. Emirates**
       **Civil No.: 21-CV-08401 (PAE)**

Dear Judge Engelmayer:

    We represent Defendant Emirates (hereinafter referred to as "Defendant") in connection with the above-referenced matter.  We received Magistrate Judge Figueredo's Order (ECF No. 35) to file a joint letter providing the Court an update on the status of settlement discussions and whether the parties wish to schedule a settlement conference at this time.

    We write jointly with Plaintiff's counsel to respectfully request a one-week extension of the deadline to file pre-summary judgment motion letters from June 24, 2022, through and including July 1, 2022. This is the first request for an extension of the June 24, 2022, pre-summary judgment motion letter deadline. The parties have commenced settlement discussions and are cautiously optimistic settlement can be completed prior to the necessity of filing pre-motion letters.  The parties thus respectfully request a one-week extension of the pre-motion letter filing deadline through July 1, 2022 to continue their settlement dialogue.
    We thank the Court for its consideration of this request.

        Respectfully submitted,

        JACKSON LEWIS P.C.


        *s/*John J. Porta
        John J. Porta

JJP:lcp        Granted. SO ORDERED.

cc: Magistrate Judge Valerie Figueredo
  David N. Mair (via ECF)
  Gregory S. Slotnick (via ECF)

        *Paul A. Engelmayer*
        PAUL A. ENGELMAYER
        United States District Judge
        6/22/22