# JacksonLewis

Jackson Lewis P.C.
666 Third Avenue
New York NY 10017-4030
(212) 545-4043 Direct
John.Porta@jacksonlewis.com

August 1, 2022

**VIA ECF**

Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

                     Re: **Rajeev Munjal v. Emirates**
                           **Civil No.: 21-CV-08401 (PAE)**

Dear Judge Engelmayer:

       We represent Defendant Emirates (hereinafter referred to as "Defendant") in connection with the above-referenced matter. We write jointly with Plaintiff's counsel pursuant to Rule 1(E) of Your Honor's Individual Rules of Practice in Civil Cases to respectfully request the Court to extend the deadline to make an application to restore the action from August 15, 2022 to September 9, 2022. This the first request for this extension. The reason for the request is that based on the parties' settlement terms, the parties require the additional time to fully comply with the agreement. Plaintiff's allegations in this matter include discrimination claims brought under the New York State Human Rights Law, and it is Plaintiff's preference to enter into a nondisclosure agreement pursuant to Section 5-336 of the New York General Obligations Law. As such, the parties respectfully request the extension to ensure sufficient time for the entire 21-day consideration period and the 7-day revocation period provided for thereunder.

       We thank the Court for its consideration of these requests.

                                    Respectfully submitted,

                                    JACKSON LEWIS P.C.

                                    *s/*John J. Porta
                                    John J. Porta

JJP:lcp

cc:     Magistrate Judge Valerie Figueredo
        David N. Mair (via ECF)
        Gregory S. Slotnick (via ECF)

Granted. SO ORDERED.

*/s/ Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
August 1, 2022